```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 07484
   ROCK A JOHNSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-4959

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/25/2007 and was confirmed 06/13/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was completed - no discharge 11/08/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                PAID            PAID
------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED             2083.62            .00          2083.62
BANK OF NEW YORK          CURRENT MORTG           .00            .00              .00
BANK OF NEW YORK          MORTGAGE ARRE           .00            .00              .00
LASALLE BANK FSB          CURRENT MORTG           .00            .00              .00
LASALLE BANK FSB          MORTGAGE ARRE           .00            .00              .00
AMERICAN GENERAL FINANCE  UNSEC W/INTER  NOT FILED              .00              .00
DIVERSIFIED CREDIT SERVI  UNSEC W/INTER  NOT FILED              .00              .00
MEDICAL COLLECTIONS SYS   UNSEC W/INTER  NOT FILED              .00              .00
MEDICAL COLLECTIONS SYS   UNSEC W/INTER  NOT FILED              .00              .00
MERCHANTS CREDIT GUIDE C  UNSEC W/INTER  NOT FILED              .00              .00
RMI/MCSI                  UNSEC W/INTER      100.00            1.03           100.00
LEGAL HELPERS PC          DEBTOR ATTY       2,000.00                         2,000.00
TOM VAUGHN                TRUSTEE                                              307.23
DEBTOR REFUND             REFUND                                               736.32

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    5,228.20

PRIORITY                                                 .00
SECURED                                             2,083.62
UNSECURED                                             100.00
    INTEREST                                            1.03
ADMINISTRATIVE                                      2,000.00
TRUSTEE COMPENSATION                                  307.23
DEBTOR REFUND                                         736.32
                           --------------       --------------
TOTALS                     5,228.20                 5,228.20
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/04/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE